A. J. SCOTT V. SAMUEL MORNING, *et al.*

ACTION brought by *Morning* against *Scott* and four other defendants, upon a note and mortgage. Trial at the April Term, 1878, of the Cherokee district court, and judgment for plaintiff. *Scott* brings the case here.

*John N. Ritter*, for plaintiff in error.

*F. A. Bettis*, for defendants in error.

*Per Curiam:* Every question involved in this case has been settled in this court, by decisions in other cases.

1. As to litigating adverse claims in foreclosure cases, see *Bradley v. Parkhurst*, 20 Kas. 462.

2. As to agreements by a grantee to pay previously existing mortgages on the property, see *Schmucker v. Sibert*, 18 Kas. 105.

3. As to a grantee's remedies and his measure of damages in cases of breach of covenants, see *Dale v. Shively*, 8 Kas. 276; *McKee v. Bain*, 11 Kas. 569, 578.

The defendant in error also refers to the case of *Parkinson v. Sherman*, 74 N. Y. 88, as being a case directly in point for this case; but that volume of the New York reports has not yet been received by the state library, and therefore we have been unable to examine it.

The judgment of the court below will be affirmed.